UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SVETLANA KUDINA,

                    Plaintiff,

   v.

CITIMORTGAGE, INC.,

                    Defendants.

No. C10-5887 RBL

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

Before the Court is Plaintiff's motion to have this Court reconsider its Order Denying Plaintiff's Motion to Compel Discovery (ECF No. 26).

Plaintiff's Motion to Reconsider contends that because the parties have not consented to have final judgments made by a magistrate judge, the magistrate judge does not have authority to enter orders regarding discovery. This is incorrect. The introduction to this Court's Order Denying the Plaintiff's Motion to Compel (ECF No. 25) noted 28 U.S.C. §§ 636(b)(1)(A). That section provides, in part, as follows:

> [A] judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a

ORDER DENYING MOTION TO RECONSIDER - 1

criminal case, to dismiss or permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action.

The District Court designated this Court to rule on discovery matters (ECF No. 23). This Order, together with the empowering statute, authorizes this Court to rule on discovery matters such as Plaintiff's Motion to Compel.

Plaintiff also claims that this Court made "an uninformed decision because he was not aware of the entire court file." This Court not only read the Motions to Compel (ECF Nos. 13 and 19) and the Defendant's Response (ECF No. 15), but also the other supporting documents and Reply (ECF Nos. 14, 16, 17, 18 and 21). In addition, this Court reviewed the Complaint (ECF No. 2), Amended Complaint (ECF No. 6), Defendant's Answer (ECF No. 9) and the Court's Orders (ECF Nos. 10, 11, 12, and 23). Based on this review, the Court was sufficiently informed to make an informed decision on the Motion to Compel.

Finally, Plaintiff's argument that she has been denied due process (ECF No. 26, page 3) is apparently based on her argument that the "magistrate judge did not even bother to look at the entire court file before ruling." As noted above, Plaintiff is mistaken.

Plaintiff's Motion for Reconsideration (ECF No. 26) is DENIED.

DATED this 3rd day of August, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING MOTION TO RECONSIDER - 2